DENISE CARRILLO
NAME

09521-298
PRISON NUMBER

MCC SAN DIEGO
PLACE OF CONFINEMENT

808 UNION STREET
SAN DIEGO, CA 92101
ADDRESS

FILED

2008 AUG 20 PM 12: 32

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# United States District Court
## Southern District Of California

DENISE CARRILLO

Petitioner

v.

PAULA M. JARNECKE

(NAME OF WARDEN)

Respondent

and

The Attorney General of the State of California, Additional Respondent.

Civil No. '08 CV 1538 JAH WMc

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2241

1. Type of challenge (CHECK ONE):
   ☐ Parole
   ☐ Probation
   ☐ Loss of good-time credits
   Prison disciplinary hearing
   ■ Other (specify): Housing Condition / Special Medical Needs

Civ-69 (Rev. 6/00)

::ODMA\PCDOCS\WORDPERFECT\22832\1

- 1 -



2. Have you previously filed any petitions, applications, or motions with respect to the execution of your sentence in any court, state or federal?
☐ Yes  ■ No

3. If your answer to 2 was "Yes," give the following information:

   (a)   (1)   Name of court _____

           (2)   Nature of proceeding _____

           (3)   Grounds raised

           (4)   Did you receive an evidentiary hearing on your petition, application or motion?

               ☐ Yes  ☐ No

           (5)   Result_____

           (6)   Date of result_____

   (b)   As to any second petition, application or motion give the same information:

           (1)   Name of court _____

           (2)   Nature of proceeding _____

           (3)   Grounds raised

  (4) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes ☐ No

  (5) Result _____

  (6) Date of result _____

(c) Did you appeal, to the highest state court having jurisdiction, the result of action taken on any petition, application or motion?
  (1) First petition, etc. ☐ Yes ☐ No
  (2) Second petition, etc. ☐ Yes ☐ No

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____

4. **State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground.** If necessary, you may attach pages stating additional grounds and facts supporting same.
  CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. Moreover, if you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.
    **You should *raise in this petition all available grounds* on which you base your allegations that you are being held in custody unlawfully.**

A. **Ground one:** I am not receiving necessary / required medical treatment for myself and my unborn twins.

**Supporting FACTS** (state *briefly* without citing cases or law)   I was sentence to serve 3 months of incarceration followed by 3 months house confinement. I entered custody at MCC July 7, 2008. I am 28 weeks pregnant with twins. This is my first pregnancy and is considered an "at risk" pregnancy by my health professional in Calexico, California. My father and I have been repeatedly asking for an ob gyn examination. I cannot feel my babies moving. I fear for their lives if I am not released to receive proper and on going pre natal care. Though pre natal exams and tests (ultrasound) have been promised, they have not been forthcoming.

B. **Ground two:** _____

**Supporting FACTS** (state *briefly* without citing cases or law):

Civ-69 (Rev. 6/00)

::ODIA\PCDOCS\WORDPERFECT\22832\1

- 4 -

C. **Ground three:**

**Supporting FACTS** (state *briefly* without citing cases or law):

Civ-69 (Rev. 6/00)          ::ODMA\PCDOCS\WORDPERFECT\22832\

**D. Ground four:**

       **Supporting FACTS** (state *briefly* without citing cases or law):

5. If any of the grounds listed in 4A, B, C, and D were not previously presented in any other court, state or federal, state briefly what grounds were not presented, and give your reasons for not presenting them:




6. Do you have any petition or appeal now pending in any court, either state or federal, as to the execution of sentence under attack?
   ☐ Yes  ☒ No

7. Give the name and address, if known, of each attorney who represented you in the following stages of the execution of sentence attacked herein:

   (a)  In any post-conviction proceeding  Eric Beaudikofer, 414 Vine Street, El Centro, CA 92243-This Petition

   (b)  On appeal from any adverse ruling in a post-conviction proceeding _____


Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__8/19/08__
(DATE)

_Denise Camillo_
SIGNATURE OF PETITIONER

Civ-69 (Rev. 6/00)                                                                       ::ODMA\PCDOCS\WORDPERFECT\22832\1

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _____, declare:

I am over 18 years of age and a party to this action. I am a resident of _____

_____ Prison,

in the county of

_____

,

State of California. My prison address is: _____ ,

(DATE)

I served the attached: _____

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____    _____
               (DATE)                  (DECLARANT'S SIGNATURE)

Civ-69(Rev. 6/00)                                       ::ODMA\PCDOCS\WORDPERFECT\22832\1

- 8 -

LAW OFFICE OF ERIC BEAUDIKOFER
ERIC BEAUDIKOFER, SBN: 56524
414 VINE STREET
EL CENTRO, CA 92243
TELEPHONE: (760)353-9250
FAX: (760)353-0963

ATTORNEY FOR **DEFENDANT DENISE CARILLO**

FILED
2008 AUG 20 PM 12:32
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 1538 JAH WMc

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 08-CR-0528 DMS |
| Plaintiff, | |
| vs | DECLARATION RE: PETITION FOR HABEAS CORPUS WRIT |
| DENISE CARRILLO, | |
| Defendant. | |

I, Eric Beaudikofer, hereby declare and say:

1. I am an attorney law duly license by the State of California. I was engaged by Denise Carrillo's father to represent her in attempt to modify her housing conditions. I met with Denise Carrillo who on August 5, 2008, who signed a substitution of attorney form, which to date, is not yet been signed by Mr. Plummer, her prior attorney. It may not be necessary since this is probably considered and independent action.

2. I understand that Denise Carrillo is at this point 28 weeks pregnant. I spoke with Mr. Baldwin, who identified himself as an obstetrician assistant at

1  Clinicas de Salud de Pueblo, Inc. of Calexico, her primary health care provider,
2  who indicated that because of this is her first pregnancy, and because she was
3  expecting twins, that it was considered an "at risk" pregnancy, and that she
4  needed regular visits with her primary health care provider's obstetricians.
5      3. On August 5, 2008, Mrs. Carrillo explained that since her entry into MCC
6  her medical visits consisted only of the routine physical given to each inmate and
7  of taking her blood pressure and testing for tuberculosis, and other routine entry
8  procedures. She explained that she told the staff that she can't feel her babies
9  moving, and that it is stressing her greatly. She repeatedly made request to see
10 an obstetrician and that staff reportedly told her that they though that an obstetric
11 examination had already occurred. It had not.
12     4. On August 4th, she did go for a medical visit, but it was not a OB GYN
13 one and she did not receive an ultrasound examination. The nurse told her that
14 she was supposed to be taken down for "OB exams" which for some reason did
15 not happen..
16     5. In fact, Mrs. Carrillo reported that the nurse told her "I can't believe they
17 didn't take you in given your condition."
18     Under this circumstance, seems that modification of the sentencing might
19 be appropriate. I attempt to contact her probation officer, who unfortunately, is
20 apparently out in vacation and will not return until September 2, 2008. Moreover,
21 Mrs. Williams partner, Kelly Palmer, is also out of the office on a conference and
22 will not return until Monday August 18, 2008.
23     6. Because it appears to be some urgencies in this issues, I am attempting
24 to proceed with a habeas action in hopes that all staff that would otherwise be
25 reporting to the court will have had an opportunity to do so by the date of any
26 hearing herein. We are respectfully requesting that perhaps the court should
27
28              Page 2 of 3

1 consider modifying the sentence under habeas considerations so that she can
2 delay reporting to finalize her incarceration until after the twins are born, their
3 expected due date being October 29, 2008.
4     I declare under penalty of perjury of the laws of the United States of
5 America that the foregoing is true and correct.
6
7 Executed at this date in El Centro, CA.
8
9
10 DATED: <u>August 15, 2008</u>
11                                         Eric Beaudikofer
                                            Attorney for Petitioner
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1<br>2<br>3<br>4 | LAW OFFICE OF ERIC BEAUDIKOFER<br>ERIC BEAUDIKOFER, SBN: 56524<br>414 VINE STREET<br>EL CENTRO, CA 92243<br>TELEPHONE: (760)353-9250<br>FAX: (760)353-0963 |
| 5<br>6 | ATTORNEY FOR **DEFENDANT**<br>**DENISE CARILLO** |

FILED

2008 AUG 20 PM 12: 32

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 1538 JAH WMc

| | |
|---|---|
| UNITED STATE OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs )<br>)<br>DENISE CARRILLO, )<br>)<br>Defendant. )<br>_____) | Case No. 08-CR-0528 DMS<br><br>DECLARATION OF JOSE CARILLO<br>IN SUPPORT OF HABEAS WRIT<br>PETITION |

I, Jose Carrillo hereby declare and say:

1. I am the father of the above identified defendant Denise Carrillo. She was sentence to 90 days incarceration, and 90 days of house arrest in connection with her conviction pursuant to her guilty plea for importing approximately 80 pounds of marijuana.

2. Denise, myself, and her mother are very worried concerning her present situation. She is 28 weeks pregnant, with twins. This is her first pregnancy, and according to the medical people in the Clinica de Salud del Pueblo, her treating physicians and health care providers, she has an "at a risk" pregnancy. We fear

the health her unborn children, as well as that of our daughter.

    3. Since Denise entered MCC July 9, 2008, I made more than six telephone attempts to speak with her counselor to try and geet Denise and her unborn twins prenatal health care needs addressed. To date, I have not received a return call.

    4. I also spoke with Anette Williams, of the U.S. Probation Office, who was very helpful. She reported attempting to call Denise's counselor at MCC three times. No one responded until the third time, when, according to Ms. Williams, the counselor said he would try and talk to Denise. I understand Denise was able to talk to her counselor the first time on July 27, 2008.

    4. Denise advises that at the July 27th visit she explained her medical situation and was promised that an obstetrician/ gynecologist visit and examination would be forthcoming. To date Denise says she has only met with medical staff concerning her routine entry examinations and discussion about her prenatal situation, but has not seen a prenatal care specialist, though such a visit/exam was promised.

    5. The situation I think is more grave because Denise has had no experience being incarcerated. When she calls home, even after more than a month, she essentially cries the whole time, mostly worried about what is going to happen about her babies, since she reports that she can no longer feel them moving.

    6. Under these circumstances, I feel that it is imperative that Denise's housing situation be modified in some manner to protect these unborn children, and the trauma to my daughter if anything should happen to them. We feel that these legitimate issues are not being address by prison staff, for whatever reasons.

7. I suggest, at a minimum, that the court consider deferring Denise's completion of the incarceration portion of her sentence until after her babies are born in October 2008, by allowing, if possible, her to serve her home arrest first and then complete the term of her incarceration after their birth. This, I believe, will be in the innocent unborn children's best interest and serve the interest of the justice system to have Denise properly punished after the children are no longer at risk.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at this date in El Centro, CA.

Date: 8 13 08

Jose Carrillo

≈JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Denise Carrillo

**DEFENDANTS**
Paula M. Jarnell

2008 AUG 20 PM 12:32
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

(b) County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.
_____DEPUTY

(c) Attorney's (Firm Name, Address, and Telephone Number):
Eric Beard, colires
(760)-353-9725
Denise Carrillo 09521-298 808 Union
MCC San Diego San Diego

Attorneys (If Known):
08 CV 1538 JAH WMc

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | IMMIGRATION | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☒ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC §2241
Brief description of cause:
Seeking Medical Attention for Pregnancy

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 8/20/08
SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**
RECEIPT # 15428 AMOUNT $5.00 APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____
TB 08/20/08

```
       UNITED STATES
       DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
         SAN DIEGO DIVISION

      #  154287      -  MB

      August 20, 2008
         12:30:48


         Habeas Corpus
USAO #.: 08CV1538 HABEAS FILING
Judge..: JOHN A HOUSTON
Amount.:                $5.00 CA



     Total->   $5.00



FROM: DENISE CARRILLO VS
       PAULA JARNECKE
```