UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE CARRILLO, | Civil No. 08CV1538 |
| Petitioner, | **ORDER REQUIRING RESPONSE TO PETITION** |
| v. | |
| PAULA M. JARNECKE, Warden, | [28 U.S.C. § 2241] |
| Respondent. | |

On August 20, 2008, petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court has reviewed the petition and deems it appropriate to require respondent to file a response to the petition. Furthermore, due to the nature of the allegations, the Court, in its discretion, deems it appropriate to order an expedited briefing schedule.[1] Accordingly, **IT IS HEREBY ORDERED** that:

1. Respondents shall file a return to the petition for writ of habeas corpus **on or before September 8, 2008.** Respondents shall include copies of all pertinent documents, orders, and transcripts relevant to this petition, and shall also make a recommendation regarding the need for an evidentiary hearing on the merits of the petition.

2. Petitioner shall file a traverse **on or before September 18, 2008.** *This matter will be deemed under submission at that time.*

DATED: August 21, 2008

JOHN A. HOUSTON
United States District Judge

---

[1] Petitioner has alleged that she is 28 weeks pregnant with twins and that she has not received proper pre-natal care.