UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE CARRILLO,<br><br>          Petitioner,<br>v.<br><br>PAULA M. JARNECKE, Warden,<br><br>          Respondent. | Civil No. 08CV1538<br><br>**ORDER DISMISSING ATTORNEY GENERAL'S OFFICE AND DIRECTING SERVICE ON UNITED STATES ATTORNEY'S OFFICE**<br><br>[28 U.S.C. § 2241] |

On August 20, 2008, Petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petition names as respondent, Paula M. Jarnecke, warden at the Metropolitan Correctional Center ("MCC"), the facility where Petitioner is being held. MCC is a federal correction center. In addition, the petition names the Attorney General of the State of California as an additional respondent.

The proper respondent in a 2241 petition is the person having custody of the prisoner. Here, the Petitioner is in federal custody, not state custody. Therefore, the California Attorney General does not have custody of Petitioner. Accordingly, this Court *sua sponte* dismisses the California Attorney General.

The Clerk of Court shall serve a copy of the petition together with a copy of this order and the order requiring response on the United States Attorney or an authorized representative, 880 Front Street, Room 6293, San Diego, CA 92101.

1      The United States Attorney's Office is advised that pursuant to the Court's August 21,
2  2008 order, Respondent is required to file a response to the petition no later than September
3  8, 2008.
4
5
6  DATED: August 26, 2008
7  _____
8  JOHN A. HOUSTON
   United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28