# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: *Carrillo v. Jarnecke, Warden*   <u>Case No</u>: 08cv1538 JAH (WMc)

<u>HON. John A. Houston</u>          <u>CT. DEPUTY Larry McDowell</u>          Rptr._____

<u>Present</u>

<u>Plaintiff(s)</u>: N/A

<u>Defendant(s)</u>: N/A


This matter is hereby transferred to the Honorable Dana M. Sabraw, United States District Judge, for all further proceedings.

New case no: 08CV1538 DMS(WMc)


DATE: 9/4/08     INITIALS: <u>LM</u> Deputy

cc: Magistrate Judge McCurine