KAREN P. HEWITT
United States Attorney
CHARLOTTE E. KAISER
Assistant United States Attorney
California State Bar No. 256356
United States Attorney's Office for the
Southern District of California
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-7031

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE CARRILLO,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 08CV1538-DMS<br><br>EX PARTE MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 4 THROUGH 6 OF THE DECLARATION OF NELLIE KLEIN TORRES BY RESPONDENT |

Respondent United States files this ex parte motion for leave to file under seal exhibits 4 through 6 of the declaration of Nellie Klein Torres. In the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, Petitioner asserts inadequate prenatal care while in the custody of the Bureau of Prisons. This case originally was assigned to U.S. District Judge John A. Houston but has been reassigned to U.S. District Judge Dana M. Sabraw. In an August 21, 2008 Order, however, U.S. District Judge Houston ordered Respondent to file a return that "shall include copies of all pertinent documents . . . . relevant to this petition[.]" Exhibits 4 through 6 of the Declaration of Nellie Klein Torres (an attorney with the Bureau of Prisons) consist of medical records, including prenatal care, related to Petitioner's claim of inadequate medical care and thus they are relevant to the petition. Although Petitioner squarely places her medical care at issue, the United States requests that Exhibits 4 through 6 of the Declaration of Nellie Klein Torres be filed under seal due to privacy concerns.

//

1

2       For the Court's review, the United States will submit Exhibits 4 through 6 of the Declaration of
3  Nellie Klein Torres directly to chambers via electronic mail until it receives notice that it may file such
4  documents under seal with the Clerk of the U.S. District Court for the Southern District of California.
5  The Return to the Petition for Writ of Habeas Corpus is due no later than September 8, 2008 and thus
6  the United States requests a ruling as soon as possible.  For the Court's convenience, the United States
7  includes a proposed order.

8

9       DATE:        September 4, 2008

10                                Respectfully submitted,

11                                KAREN P. HEWITT
                                  United States Attorney
12
                                  /s/Charlotte E. Kaiser
13                                CHARLOTTE E. KAISER
                                  Assistant United States Attorney
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENISE CARRILLO, | ) | Case No. 08CV1538-DMS |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Upon application of the United States and good cause appearing thereof,

    IT HEREBY IS ORDERED that the United States Attorney is granted leave to file Exhibits 4 through 6 of the Declaration of Nellie Klein Torres under seal.

    SO ORDERED.

DATED: September _, 2008.

_____
DANA M. SABRAW
United States District Judge

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENISE CARRILLO, | ) | Case No. 08CV1538-DMS |
| Petitioner, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

IT IS HEREBY CERTIFIED that:

I, Charlotte E. Kaiser, am a citizen of the United States over the age of 18 years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293 San Diego, California 92101-8800. I am not a party to the above-entitled action. I have caused service of the **EX PARTE MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 4 THROUGH 6 OF THE DECLARATION OF NELLIE KLEIN TORRES BY RESPONDENT** by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies:

Eric Beaudikofer, Attorney for Petitioner Denise Carrillo.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:   September 4, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/Charlotte E. Kaiser
CHARLOTTE E. KAISER
Assistant United States Attorney