UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENISE CARRILLO, | ) | Case No. 08CV1538-DMS |
| Petitioner, | ) | |
| v. | ) | ORDER |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

Upon application of the United States and good cause appearing thereof,

IT HEREBY IS ORDERED that the United States Attorney is granted leave to file Exhibits 4 through 6 of the Declaration of Nellie Klein Torres under seal.

SO ORDERED.

DATED: September 5 2008.

DANA M. SABRAW
United States District Judge

3                                                                              08CV1538