```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHARLOTTE E. KAISER
    Assistant United States Attorney
 3  California State Bar No. 256356
    United States Attorney's Office for the
 4  Southern District of California
    880 Front Street, Room 6293
 5  San Diego, CA  92101-8893
    Telephone: (619) 557-7031
 6
    Attorneys for the
 7  United States of America
```

FILED

08 SEP -5 PM 3:40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE CARRILLO, | Case No. 08CV1538-DMS |
| Petitioner, | NOTICE OF FILING EXHIBITS 4 THROUGH 6 OF THE DECLARATION OF NELLIE KLEIN TORRES UNDER SEAL PURSUANT TO COURT ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Respondent United States hereby files its notice of filing exhibits 4 through 6 of the declaration of Nellie Klein Torres under seal pursuant to an Order by U.S. District Judge Dana M. Sabraw granting leave to file the foregoing under seal.

DATE:    September 5, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

CHARLOTTE E. KAISER
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE CARRILLO,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 08CV1538-DMS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

    I, Charlotte E. Kaiser, am a citizen of the United States over the age of 18 years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293 San Diego, California 92101-8800. I am not a party to the above-entitled action. I have caused service of NOTICE OF FILING EXHIBITS 4 THROUGH 6 OF THE DECLARATION OF NELLIE KLEIN TORRES UNDER SEAL PURSUANT TO COURT ORDER with the Clerk of the U.S. District Court for the Southern District of California, and by electronic mail at beaudikofer@yahoo.com and depositing in the United States mail at San Diego, California, in an envelope bearing the requisite postage, to:

    Eric Beaudikofer
    House and Beaudikofer
    414 Vine Avenue
    El Centro, CA 92243-3947

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    DATE:    September 5, 2008

    Respectfully submitted,

    KAREN P. HEWITT
    United States Attorney

    CHARLOTTE E. KAISER
    Assistant United States Attorney